# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

MILLERCOORS, LLC,

       Plaintiff,

    v.

ANHEUSER-BUSCH COMPANIES, LLC,

       Defendant.

Case No. 19-cv-00218

## **PLAINTIFF MILLERCOORS, LLC'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff MillerCoors, LLC ("MillerCoors") hereby appeals to the United States Court of Appeals for the Seventh Circuit from those portions of the district court's Opinion and Order, entered in this action on May 24, 2019, that denied in part MillerCoors motion for a preliminary injunction (Dkt. 57).

MillerCoors brings this appeal—and brings it now—in part because, as the district court's Order recognized, MillerCoors has presented strong evidence that Defendant Anheuser-Busch Companies, LLC "was both aware of and intended to exploit consumer concerns about corn syrup" (*Id.* at 35) in its advertising campaign. Five Circuits of the United States Courts of Appeals have held that evidence of intent to deceive consumers gives rise to a presumption of harm in Lanham Act false advertising cases, but the issue is unresolved in the Seventh Circuit.

The district court's Order thus recognized that the Seventh Circuit's "guidance on the use of intent in determining whether a statement is actually misleading under the Lanham Act would be of great value" (*Id.* at 36). MillerCoors agrees. Such guidance, on this and other issues, will be of *most* value at this stage of the case.

Respectfully submitted this 24th day of June, 2019.

1

*/s/ Donald Schott*

Donald Schott
don.schott@quarles.com
Anita Marie Boor
anita.boor@quarles.com
QUARLES & BRADY, LLP
33 East Main Street, Suite 900
Madison, WI 53703
(608) 283-2452

Christopher A. Cole
ccole@crowell.com
David Ervin
dervin@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2701

Holly Melton
hmelton@crowell.com
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
(212) 895-4258

*Attorneys for Plaintiff MillerCoors, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 24, 2019, I caused a copy of the foregoing document to be served on counsel for Defendant Anheuser-Busch Companies, LLC via the Court's electronic filing system.

> */s/ Donald Schott*
> Donald Schott

QB\58146678.1