IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILLERCOORS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-cv-218-wmc |
| ANHEUSER-BUSCH COMPANIES, LLC, | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Please take notice that Defendant Anheuser-Busch Companies, LLC appeals to the United States Court of Appeals for the Seventh Circuit from the district court's September 4, 2019 Opinion and Order [Dkt. 102] modifying the preliminary injunction entered on May 24, 2019 [Dkt. 57].

Dated: September 5, 2019

Respectfully submitted,

**GODFREY & KAHN, S.C.**

By: *s/ Kendall W. Harrison*
Kendall W. Harrison
Jennifer L. Gregor
One East Main St., Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
kharrison@gklaw.com
jgregor@gklaw.com

1

**DOWD BENNETT LLP**

James F. Bennett
Megan Heinsz
Adam Simon
Matthew Crane
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Phone: (314) 889-7300
jbennett@dowdbennett.com

**ULMER & BERNE LLP**

Thomas M. Williams
500 W. Madison Street, Suite 3600
Chicago, IL  60661-4587
Phone: (312) 658-6500
twilliams@ulmer.com

*Attorneys for Anheuser-Busch Companies, LLC*

21134847.1