IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILLERCOORS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-cv-218-wmc |
| ANHEUSER-BUSCH COMPANIES, LLC, | ) |
| Defendant. | ) |

## AMENDED NOTICE OF APPEAL

Please take notice that Defendant Anheuser-Busch Companies, LLC files this amended notice of an appeal to the United States Court of Appeals for the Seventh Circuit from the district court's September 4, 2019 Opinion and Order [Dkt. 102] and the district court's September 6, 2019 Order [Dkt. 115] modifying the preliminary injunction entered on May 24, 2019 [Dkt. 57].

Dated: September 12, 2019    Respectfully submitted,

**GODFREY & KAHN, S.C.**

By: *s/ Jennifer L. Gregor*
Kendall W. Harrison
Jennifer L. Gregor
One East Main St., Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
kharrison@gklaw.com
jgregor@gklaw.com

1

**DOWD BENNETT LLP**

James F. Bennett
Megan Heinsz
Adam Simon
Matthew Crane
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Phone: (314) 889-7300
jbennett@dowdbennett.com

**ULMER & BERNE LLP**

Thomas M. Williams
500 W. Madison Street, Suite 3600
Chicago, IL  60661-4587
Phone: (312) 658-6500
twilliams@ulmer.com

*Attorneys for Anheuser-Busch Companies, LLC*

21158748.1