IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MILLERCOORS, LLC,

        Plaintiff,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

        Defendant.

PRELIMINARY INJUNCTION ORDER

19-cv-218-wmc

As required by the Seventh Circuit, the court issues this preliminary injunction order to set forth its prior orders in this separate document.

IT IS ORDERED that defendant Anheuser Busch is PRELIMINARILY ENJOINED from using:

1) the following language as of June 3, 2019, in its commercials, print advertising and social media:

   - Bud Light contains "100% less corn syrup";

   - Bud Light in direct reference to "no corn syrup" without any reference to "brewed with," "made with" or "uses";

   - Miller Lite and/or Coors Light and "corn syrup" without including any reference to "brewed with," "made with" or "uses"; and

   - Describing "corn syrup" as an ingredient "in" the finished product.

2) the "no corn syrup" language and icon on its packaging as of November 1, 2019.

Entered this 23rd day of October, 2019.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge