UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILLERCOORS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>      Defendant. | Case No. 19-cv-00218-wmc |

## PLAINTIFF MILLERCOORS, LLC'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff MillerCoors, LLC ("MillerCoors") hereby appeals to the United States Court of Appeals for the Seventh Circuit from those portions of the district court's Preliminary Injunction Order, entered in this action on October 23, 2019 (Dkt. 189), that denied in part MillerCoors motion for a preliminary injunction (Dkt. 8) for the reasons stated in the district court's Opinion and Order of May 24, 2019 (Dkt. 57).

Respectfully submitted this 23rd day of October, 2019.

                                                  */s/ Donald Schott*

                                                  Donald Schott
                                                  don.schott@quarles.com
                                                  Anita Marie Boor
                                                  anita.boor@quarles.com
                                                  QUARLES & BRADY, LLP
                                                  33 East Main Street, Suite 900
                                                  Madison, WI 53703
                                                  (608) 283-2452

                                                  Christopher A. Cole
                                                  ccole@crowell.com
                                                  David Ervin
                                                  dervin@crowell.com
                                                  CROWELL & MORING LLP
                                                  1001 Pennsylvania Avenue NW
                                                  Washington, D.C. 20004

(202) 624-2701

Holly Melton
hmelton@crowell.com
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
(212) 895-4258

*Attorneys for Plaintiff MillerCoors, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 23, 2019, I caused a copy of the foregoing document to be served on counsel for Defendant Anheuser-Busch Companies, LLC via the Court's electronic filing system.

*/s/ Donald Schott*
Donald Schott