IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILLERCOORS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-cv-218-wmc ) |
| ANHEUSER-BUSCH COMPANIES, LLC, | ) ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

Please take notice that Defendant Anheuser-Busch Companies, LLC appeals to the United States Court of Appeals for the Seventh Circuit from the district court's October 23, 2019 Preliminary Injunction Order [Dkt. 189].

Dated: October 25, 2019

Respectfully submitted,

**GODFREY & KAHN, S.C.**

By: /s/*Kendall W. Harrison*
Kendall W. Harrison
Jennifer L. Gregor
One East Main St., Suite 500
Madison, WI, 53703
Phone: (608) 284-2627
Fax: (608) 257-0609
*kharrison@gklaw.com*

**DOWD BENNETT LLP**
James F. Bennett
Megan S. Heinsz
Matthew K. Crane
Adam J. Simon
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Phone: (314) 889-7300

Fax: (314) 863-2111
jbennett@dowdbennett.com
mheinsz@dowdbennett.com
mcrane@dowdbennett.com
asimon@dowdbennett.com

**ULMER & BERNE LLP**
Thomas M. Williams
500 W. Madison St., Suite 3600
Chicago, IL 60661
Phone: (312) 658-6556
twilliams@ulmer.com

*Attorneys for Anheuser-Busch Companies, LLC*

21381172