IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MILLERCOORS, LLC,

          Plaintiff,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

          Defendant.

ORDER

19-cv-218-wmc

The court held a telephonic hearing today on defendant Anheuser-Busch Companies, LLC's motion to unseal documents. (Dkt. #182.) For the reasons explained on the record, the motion is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED as to any of the identified documents and deposition transcripts that were previously identified as "Attorneys Eyes Only." Plaintiff MillerCoors, LLC withdrew on the record any AEO identification for those challenged documents. As such, each of those documents are now designated as "Confidential" as that term is defined in the parties' protective order. As for defendant's request to unseal the specifically identified documents to make them specially available for immediate public disclosure outside the ordinary, meet-and-confer process contemplated by the parties' Confidentiality Agreement and this court's order, that part of the motion is DENIED. Instead, the parties are directed to meet and confer by the end of December to determine whether there are documents -- the ones identified in defendant's motion, as well as other possible documents for both sides -- that should be redesignated. To the extent the parties cannot reach agreement, a party challenging a specific Confidential designation may bring a motion to unseal by January 7, 2020, attaching under seal all such documents unless already provided to the court as part of this or some other motion.

As for the transcript of this hearing, the court will keep it under seal for *seven* days. Any request to maintain any portion of the transcript under seal after November 8, 2019, should be filed with the court on or before November 6, 2019.

Entered this 1st day of November, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge